UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIETER AREND FOLKENS, dba A HIGHER PORPOISE DESIGN GROUP,<br><br>        Plaintiff,<br><br>    v.<br><br>WYLAND (NFN), aka ROBERT THOMAS WYLAND, an individual; WYLAND WORLDWIDE, LLC, a California corporation; WYLAND GALLERIES, INC., a California corporation; SIGNATURE GALLERY GROUP, INC., dba WYLAND GALLERIES; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No.  2:14-cv-02197-GEB-CKD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

     The Joint Status Report filed December 1, 2014, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on December 15, 2014, is continued to March 9, 2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

     Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Signature Gallery Group, Inc. with process within the 120 day period prescribed in that Rule may result in the unserved

1

defendant being dismissed. To avoid dismissal, on or before January 21, 2015, Plaintiff shall file proof of service for this defendant or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: December 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge