UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PIETER AREND FOLKENS, dba A HIGHER PORPOISE DESIGN GROUP;<br><br>    Plaintiff,<br><br>  vs.<br><br>WYLAND (NFN), aka ROBERT THOMAS WYLAND, an individual, WYLAND WORLDWIDE, LLC, a California Corporation, WYLAND GALLERIES, INC, a California Corporation, SIGNATURE GALLERY GROUP, INC., a Nevada Corporation, dba WYLAND GALLERIES and DOES 1 through 50, inclusive;<br><br>    Defendant. | Case No.: 2:14-CV-02197-GEB-CKD<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

   Plaintiff is granted five days leave, from the date on which this order is filed, to file the First-Amended Complaint attached as Exhibit "A" to the parties' April 1, 2015 stipulation.

   Dated:  April 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge