UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIETER AREND FOLKENS, dba A HIGHER PORPOISE DESIGN GROUP,<br><br>           Plaintiff,<br><br>      v.<br><br>WYLAND (NFN), aka ROBERT THOMAS WYLAND, an individual; WYLAND WORLDWIDE, LLC, a California Corporation; WYLAND GALLERIES, INC, a California Corporation; SIGNATURE GALLERY GROUP, INC., a Nevada Corporation, dba WYLAND GALLERIES; and DOES 1 through 50, inclusive;<br><br>           Defendants. | No. 2:14-cv-02197-GEB-CKD<br><br>**ORDER** |

On October 7, 2015, Plaintiff submitted for in camera consideration multiple documents concerning a "Motion to File Document Under Seal, to Unseal Document[,] and to Determine Whether Defendants Will Seek a Protective Order." However, no Notice of Request to Seal was filed on the public docket as generally required by Local Rule 141, nor did Plaintiff show why it should be excused from complying with that requirement. See E.D. Cal. R. 141(b) ("Except in pre-indictment criminal investigations in which sealing is sought, the 'Notice of Request to Seal Documents' shall be filed . . . .").

1

Therefore, Plaintiff's sealing motion is not considered, and the documents emailed to chambers for in camera consideration are treated as having been returned to Plaintiff. <u>Cf.</u> E.D. Cal. R. 141(e)(1) ("If a [sealing r]equest is denied in full or in part, the Clerk will return to the submitting party the documents for which sealing has been denied.").

Dated: October 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2