SEDGWICK LLP
ROBERT F. HELFING, State Bar No. 90418
robert.helfing@sedgwicklaw.com
CAROLINE H. MANKEY, State Bar No. 187302
caroline.mankey@sedgwicklaw.com
ERICA R. GRAVES, State Bar No. 301785
erica.graves@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: 213.426.6900
Facsimile: 213.426.6921

Attorneys for Defendants WYLAND, WYLAND WORLDWIDE, LLC., WYLAND GALLERIES, INC. and SIGNATURE GALLERY GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PIETER AREND FOLKENS, dba A HIGHER PORPOISE DESIGN GROUP,<br><br>Plaintiff,<br><br>v.<br><br>WYLAND (NFN) AKA ROBERT THOMAS WYLAND, *et al*.,<br><br>Defendant. | Case No. 2:14-cv-02197-JAM-CKD<br><br>**ORDER RE DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |

IT IS HEREBY ORDERED THAT the Request Seal Documents is GRANTED and that the following portions of documents filed in support of defendants Wyland, Wyland Worldwide, LLC, Wyland Galleries, Inc. and Signature Gallery Group, Inc.'s ("Defendants") motion for summary judgment shall be filed under seal:

1. Defendants' Memorandum of Points and Authorities, at 1:21-23, 4:14-20, 16:24-17:1, 17:3-12, 17:16-18, 17:24-25, 18:1-4, 18:16, 19:2-13, 19:19-21, 19:28-20:1, 20:2-6, 20:10-12.

2. Statement of Undisputed Facts, fact nos. 12, 13, 14, 15, 16, 25, 28, 29, 31; conclusions of law nos. 7, 10, 11, 12.

82648181v1                                               -1-

[PROPOSED] ORDER RE REQUEST TO SEAL DOCUMENTS

3. Folkens' Responses to Interrogatories, Exhibit C to Declaration of Robert F. Helfing, at 21:16:23, 22:19-26, 23:1-3 and 16-26;

4. Folkens' Responses to Interrogatories, Exhibit D to Declaration of Robert F. Helfing, at 282:18-25; and

5. The Parties' 2001 Confidential Settlement Agreement, Exhibit G to Declaration of Wyland.

DATED: 2/3/2016                   /s/ John A. Mendez
                                  John A. Mendez
                                  United States District Court Judge