STEPHEN GIZZI, Esq. (SBN 227574)
SCOTT D. REEP, Esq. (SBN 136202)
GIZZI & REEP, LLP
940 Adams Street, Suite A.
Benicia, CA 94510
Phone: 707.748.0900
Fax: 707.748.0921
Email: scott@solanolawgroup.com

KARL A. FOLKENS Esq. (*Pro Hac Vice*)
P. O. Box 6139
Florence, SC 29502-6139
Phone: 843.665.0100
Fax: 843.665.0500
Email: karl@folkenslaw.com

Attorneys for PIETER AREND FOLKENS, dba
A HIGHER PORPOISE DESIGN GROUP

**FILED**

MAR 15 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PIETER AREND FOLKENS, dba A HIGHER PORPOISE DESIGN GROUP;<br><br>Plaintiff,<br><br>vs.<br><br>WYLAND (NFN), aka ROBERT THOMAS WYLAND, et al.,<br><br>Defendant. | Case No.: 2:14-cv-02197-JAM-CKD<br><br>**ORDER RE PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>[Filed with Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment] |

**IT IS HEREBY ORDERED THAT** Plaintiff PIETER AREND FOLKENS, dba A HIGHER PORPOISE DESIGN GROUP ("Plaintiff") request to Seal Documents is GRANTED and that the following document filed in support of Plaintiff's Opposition to Motion for Summary Judgment shall be

filed under seal:

1. Plaintiff's Memorandum of Points and Authorities in Opposition to MSJ, at 5:13-17; 18:4-27; 19:1-8; 19:25-27; and 20:1-20

2. Plaintiff's Responses to Defendant Statement of Undisputed Facts, at Fact No. 12, 13, 14, 15, 16, 25, 28, 29, 31.

Dated : March 14 2016

Hon. John A. Mendez
United States District Court Judge