Scott D. Reep, Esq. (SBN 136202)
Stephen Gizzi, Esq. (SBN 227574)
GIZZI & REEP, LLP
940 Adams Street, Suite A.
Benicia, California, 94510
Phone:  707.748.0900
Fax:  707.748.0921
Email: scott@solanolawgroup.com

Attorneys for Plaintiff PIETER AREND FOLKENS, dba
A HIGHER PORPOISE DESIGN GROUP

Robert F. Helfing, Esq. (SBN 90418)
SEDGWICK LLP
801 S. Figueroa Street 19th Floor
Los Angeles, California, 90017-5556
Phone:  213.426.6900
Fax:  877.547.6580
Email: robert.helfing@sedgwicklaw.com

Attorney for Defendants WYLAND; WYLAND WORLDWIDE, LLC;
WYLAND GALLERIES, INC.; and SIGNATURE GALLERY GROUP, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PIETER AREND FOLKENS, dba A HIGHER PORPOISE DESIGN GROUP;<br><br>Plaintiff,<br><br>vs.<br><br>WYLAND (NFN), aka ROBERT THOMAS WYLAND, an individual, WYLAND WORLDWIDE, LLC, a California Corporation, WYLAND GALLERIES, INC., a California Corporation, SIGNATURE GALLERY GROUP, INC., a Nevada Corporation, dba WYLAND GALLERIES and DOES 1 through 50, inclusive;<br><br>Defendant. | Case No.: 2:14-CV-02197-GEB-CKD<br><br><br><br>**STIPULATION TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSE OF ACTION; ORDER GRANTING DISMISSAL**<br><br>**[FRCP 41(a)(2)]** |

---

1

**STIPULATION AND ORDER RE DISMISSAL**                                                             2:14-CV-02197-GEB-CKD

**STIPULATION**

The Parties by and through their respective counsel of record agree and stipulate as follows:

1. Plaintiff hereby seeks to dismiss the First Amended Complaint's Second Cause of Action for Breach of Contract (Settlement Agreement), without prejudice. Each party stipulates that each party shall be responsible for their own fees, costs and expenses related to the litigation.  No further actions will be undertaken relating to the claims in the First Amended Complaint by any parties, except as reflected by further stipulation of the parties.

2. Plaintiff hereby seeks to dismiss the First Amended Complaint's Third Cause of Action for Declaratory Relief, without prejudice. Each party stipulates that each party shall be responsible for their own fees, costs and expenses related to the litigation.  No further actions will be undertaken relating to the claims in the First Amended Complaint by any parties, except as reflected by further stipulation of the parties.

**IT IS SO STIPULATED AND AGREED.**

DATED:  May 13, 2016         GIZZI & REEP, LLP

 By            /S/ Scott D. Reep, Esq.
Scott D. Reep, Esq.
Attorney for Plaintiff PIETER AREND FOLKENS dba A HIGHER PORPOISE DESIGN GROUP

DATED:  May 13, 2016         SEDWICK, LLP

By           /S/ Caroline Mankey, Esq.
Caroline Mankey, Esq.
Attorney for Defendants WYLAND; WYLAND WORLDWIDE, LLC; WYLAND GALLERIES, INC.; and SIGNATURE GALLERY GROUP, INC.

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

   IT IS HEREBY ORDERED that Plaintiff PIETER AREND FOLKENS, dba A HIGHER PORPOISE DESIGN GROUP's claims asserted in the Second Cause of Action and Third Cause of Action against Defendants WYLAND (NFN), aka ROBERT THOMAS WYLAND, an individual, WYLAND WORLDWIDE, LLC, a California Corporation, WYLAND GALLERIES, INC., a California Corporation, SIGNATURE GALLERY GROUP, INC., a Nevada Corporation, dba WYLAND GALLERIES and DOES 1 through 50, inclusive as set forth in the First Amended Complaint filed in Case No.: 2:14-CV-02197-GEB-CKD are hereby dismissed without prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 16, 2016

                              /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE